1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Sevana Babooian (Bar No. 285432)
   sbabooian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ERIK G. WILKE,                          )   Case No. 8:17-cv-00984-DOC (JDEx)
                                            )
12            Plaintiff,                    )   **ORDER GRANTING**
                                            )   **STIPULATION TO DISMISS**
13       vs.                                )   **ENTIRE ACTION WITH**
                                            )   **PREJUDICE [13]**
14  THE PRUDENTIAL INSURANCE                )
    COMPANY OF AMERICA,                     )   Judge: Hon. David O. Carter
15                                          )
              Defendant.                    )
16  _____)

17        Based upon the Stipulation of the Parties and for good cause shown, IT IS

18  HEREBY ORDERED that this action, Case No. 8:17-cv-00984-DOC (JDEx), is

19  dismissed in its entirety as to all defendants, with prejudice.

20        IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the

21  court's calendar.

22        IT IS HEREBY FURTHER ORDERED that each Party shall bear its own

23  attorneys' fees and costs in this matter.

24

25  Dated: September 14, 2017        _David O. Carter_____

26                                  Hon. David O. Carter
                                    United States District Court Judge
27

28